```
 1  KEVIN RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  ELIZABETH C. McBRIDE
    Law Clerk
 5

 6  450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
 7  Telephone: (415) 436-6488
    Fax: (415) 436-7234
 8  Email: Derek.Owens@usdoj.gov

 9  Attorneys for Plaintiff
```

FILED 06 JUN 30 PM 3: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 06 JUN 30 PM 2: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-00175 MAG |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| MATT TEITELBAUM, ) | |
| Defendant. ) | |

On June 28, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 28, 2006 to July 24, 2006 for effective preparation of counsel, in that defense counsel required adequate time to supply the United States with information that may impact the outcome of the case and that the United States required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. §

Stipulation and [Proposed] Order

3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

KEVIN V. RYAN
United States Attorney

DATED: June 29, 2006

ELIZABETH C. McBRIDE
Law Clerk

DATED: 6/30/06

RONALD C. TYLER
Attorney for Mr. Teitelbaum

As the Court found on June 28, 2006, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 28, 2006 to July 24, 2006 for effective preparation of defense counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 30, 2006

NANDOR J. VADAS
United States Magistrate Judge

Stipulation and [Proposed] Order