1   KEVIN RYAN (CSBN 118321)
    United States Attorney

2

3   MARK L. KROTOSKI  (CABN 138549)
    Chief, Criminal Division

4   ELIZABETH C. McBRIDE
    Law Clerk

5

6   450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102

7   Telephone:  (415) 436-6488
    Fax:  (415) 436-7234

8   Email: Derek.Owens@usdoj.gov

9   Attorneys for Plaintiff

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )      CR No.: 06-00175 MAG
                                       )
16                                     )
                                       )
17           Plaintiff,                )      STIPULATION AND [PROPOSED]
                                       )      ORDER EXCLUDING TIME
18      v.                             )
                                       )
19  MATT TEITELBAUM,                   )
                                       )
20                                     )
             Defendant.                )
21  _____   )

22      On July 24, 2006, the parties in this case appeared before the Court and stipulated that time

23  should be excluded from the Speedy Trial Act calculations from July 24, 2006 to

24  September 13, 2006 for effective preparation of counsel, in that defense counsel required

25  adequate time to supply the United States with information that may impact the outcome of the

26  case and that the United States required adequate time to evaluate the information.   The parties

27  represented that granting the continuance was the reasonable time necessary for continuity of

28  defense counsel and effective preparation of defense counsel, taking into account the exercise of

Stipulation and [Proposed] Order

due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of

justice served by granting such a continuance outweighed the best interests of the public and the

defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                          KEVIN V. RYAN
                                                          United States Attorney

DATED:  7/24/06                          _____/s/_____
                                                          ELIZABETH C. McBRIDE
                                                          Law Clerk

DATED:  7/25/06                          _____/s/_____
                                                          RONALD C. TYLER
                                                          Attorney for Mr. Teitelbaum


     As the Court found on July 24, 2006, and for the reasons stated above, the Court finds that

the ends of justice served by the continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

calculations from July 24, 2006 to September 13, 2006 for effective preparation of defense

counsel and the United States.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the

requested continuance would deny counsel reasonable time necessary for effective preparation

and continuity of counsel, taking into account the exercise of due diligence, and would result in a

miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).


SO ORDERED.

DATED: August 1, 2006                    _____
                                                          EDWARD M. CHEN
                                                          United States Magistrate Judge

Stipulation and [Proposed] Order