| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6488 |
| 7 | Fax: (415) 436-7234<br>Email: Derek.Owens@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 06-00175 MAG | |
| | ) | | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] XXXXXXXX | |
| | ) | ORDER EXCLUDING TIME | |
| v. | ) | | |
| | ) | | |
| MATT TEITELBAUM, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

On September 13, 2006, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from September 13, 2006, through September 28, 2006, for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of new defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

Stipulation and [Proposed] Order
CR No.: 06-00175 MAG

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2

3  SO STIPULATED:

4                                                KEVIN V. RYAN
                                              United States Attorney

6  DATED: 09/14/06               /s/ Derek R. Owens
                                              DEREK R. OWENS
                                              Special Assistant United States Attorney

9  DATED: 09/28/06               /s./ Ron Tyler
                                              RON TYLER
                                              Federal Public Defender

As the Court found on September 13, 2006, and for the reasons stated above, the Court finds that an exclusion of time from September 13, 2006, through September 28, 2006, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: October 18, 2006

IT IS SO ORDERED
*James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order
CR No.: 06-00175 MAG