

AO 246 (Rev. 10/03) Order of Probation

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
2007 JAN 19 PM 12: 24

UNITED STATES OF AMERICA
V.

MATT TEITELBAUM

**ORDER OF PROBATION UNDER 18 U.S.C. § 3607**

CASE NUMBER: CR06-0175 MAG

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of one year without a judgment of conviction first being entered. The defendant shall comply with the conditions of probation set forth on the next page of this Order, and the following special conditions:

1) The defendant shall pay a fine of $1,000 which shall be stayed for the year the defendant is on probation. If the defendant otherwise complies with the conditions of probation, the fine shall be waived.
2) The defendant shall participate in a drug assessment and if treatment is determined to be needed, the defendant shall participate in a treatment program as directed by his U.S. Probation Officer.
3) The defendant shall resolve all outstanding warrants including the Monroe County, Florida matter.

The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on probation and two periodic drug tests thereafter.

The special assessment of $25 per count shall be stayed during the period of prejudgment probation and shall be permanently stayed if the defendant successfully completes the term.

Signature of Judge
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

Name and Title of Judge

# CONDITIONS OF PROBATION

While the defendant is on probation, the defendant:

1) shall not commit another federal, state or local crime.
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer at least ten days prior to any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
15) shall not possess a firearm or destructive device.